UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-247 CAS (JCx) | Date | May 9, 2012 |
|---|---|---|---|
| Title | AMY ROBINSON v. UNITED STATES | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:) Nunc Pro Tunc Order Amending May 7, 2012 Order**

In an order dated May 7, 2012, this Court granted the government's motion to dismiss plaintiff's complaint. Dkt. No. 19. However, having determined that it lacked jurisdiction vacate the Temporary Restraining Order issued by the Los Angeles Superior Court, the Court directed the government to move the Superior Court for such relief. Upon further review, the Court finds that this determination was in error, and that the Court in fact has jurisdiction to vacate the Temporary Restraining Order because this case was removed to this Court. Accordingly, the Court amends its May 7, 2012 order nunc pro tunc, and hereby VACATES the Temporary Restraining Order issued by the Los Angeles Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |